IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETTY CAULER,** | : |
| **Plaintiff,** | : **CIVIL ACTION** |
| | : |
| v. | : No. 15-cv-01082 |
| | : |
| **LEHIGH VALLEY HOSPITAL, INC.,** | : |
| **d/b/a LEHIGH VALLEY HOSPITAL &** | : |
| **HEALTH NETWORK,** | : |
| **Defendant.** | : |

# O R D E R

**AND NOW**, this 14th day of May, 2015, upon consideration of the defendant's motion to dismiss (Doc. No. 8) and all responses thereto, it is hereby **ORDERED** that the motion is **GRANTED**. The plaintiff's complaint is **DISMISSED** in its entirety under Rule 12(b)(6).

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.