# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY CAULER,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | No. 15-cv-01082 |
| LEHIGH VALLEY HOSPITAL, INC.,<br>d/b/a LEHIGH VALLEY HOSPITAL &<br>HEALTH NETWORK,<br>　　　　Defendant. | |

## O R D E R

**AND NOW**, this 17th day of June, 2015, upon consideration of the plaintiff's motion for reconsideration (Doc. No. 15) and defendant's response thereto (Doc. No. 16), it is hereby **ORDERED** that the motion is **DENIED**, as explained in the accompanying memorandum.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　/s/Lawrence F. Stengel
　　　　　　　　　　　　　　LAWRENCE F. STENGEL, J.